1 | ARLENE B. MAYERSON (SBN 79310)
*amayerson@dredf.org*
2 | LARISA CUMMINGS (SBN 131076)
*lcummings@dredf.org*
3 | RAMAAH SADASIVAM (SBN 267156)
*rsadasivam@dredf.org*
4 | **DISABILITY RIGHTS EDUCATION
   AND DEFENSE FUND, INC.**
5 | Ed Roberts Campus
3075 Adeline Street, Suite 210
6 | Berkeley, CA 94703
Tel: +1.510.644.2555
7 | Fax: +1.510.841.8645

8 | [ADDITIONAL COUNSEL LISTED ON NEXT PAGE]

9 | *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STUDENT A, by and through PARENT A, her guardian; STUDENT B, by and through PARENT B, his guardian; STUDENT C, by and through PARENT C, his guardian; and STUDENT D, by and through PARENT D, her guardian, each one individually and on behalf of all other similarly situated children, | Case No. 3:17-cv-02510-JST<br><br>STIPULATION SETTING AND CONTINUING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT |
| Plaintiffs, | CLASS ACTION |
| v. | **Current Hearing** |
| THE BERKELEY UNIFIED SCHOOL DISTRICT; DONALD EVANS, in his official capacity as the Superintendent for the Berkeley Unified School District; BEATRIZ LEYVA-CUTLER, TY ALPER, JUDY APPEL, JOSH DANIELS, and KAREN HEMPHILL, each in his or her official capacity as a director of the Berkeley Unified School District Board of Education; THE BOARD OF EDUCATION OF THE BERKELEY UNIFIED SCHOOL DISTRICT, | Date: August 10, 2017<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. Jon S. Tigar<br><br>**Proposed New**<br>Date: Aug. 24, 2017 |
| Defendants. | |

1    DEBORAH JACOBSON (SBN 278104)
*djacobson@jacobsoneducationlaw.com*
2    **JACOBSON EDUCATION LAW, INC.**
1919 Addison Street, Suite 105
3    Berkeley, CA 94704
Tel: +1.510.647.8125
4    Fax: +1.510.280.9340

5

6    SHANE BRUN (SBN 179079)
*sbrun@goodwinlaw.com*
BRENDAN E. RADKE (SBN 275284)
7    *bradke@goodwinlaw.com*
ANJALI MOORTHY (SBN 299963)
8    *amoorthy@goodwinlaw.com*
**GOODWIN PROCTER LLP**
9    Three Embarcadero Center
San Francisco, CA 94111
10    Tel: +1.415.733.6000
Fax: +1.415.677.9041

STIPULATION SETTING AND CONTINUING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT
CASE NO. 3:17-CV-02510-JST

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiffs Student A, B, C, and D (collectively, "Plaintiffs") and Defendants The Berkeley Unified School District, Donald Evans, in his official capacity as the Superintendent for the Berkeley Unified School District; Beatriz Leyva-Cutler, Ty Alper, Judy Appel, Josh Daniels, and Karen Hemphill, each in his or her official capacity as a director of the Berkeley Unified School District Board of Education; and The Board of Education of Berkeley Unified School District (collectively, "Defendants"), by and through their respective counsel, HEREBY STIPULATE and AGREE as follows:

WHEREAS, Plaintiffs filed their Complaint for Injunctive and Declaratory Relief against Defendants ("Complaint") (Dkt. 1) on May 2, 2017 in the United States District Court, Northern District of California, which was initially assigned Case No. 3:17-cv-02510-MEJ, and which was subsequently assigned to the Honorable Jon S. Tigar on June 21, 2017 (Dkt. 49);

WHEREAS, on May 29, 2017, Defendants requested and Plaintiffs agreed to a 20-day extension of time, to and including June 19, 2017, within which to file Defendants' responsive pleading.

WHEREAS, on May 30, 2017, Defendants filed a stipulation requesting the above-referenced 20-day extension of time, to and including June 19, 2017, within which to file Defendants' responsive pleading to Plaintiffs' Complaint (Dkt. 38).

WHEREAS, on June 19, 2017 (Dkt. 46), Defendants filed their Notice of Motion and Motion to Dismiss [FRCP 12(b)(1) and (6)] ("Motion to Dismiss"), which is currently set for hearing on August 10, 2017, the opposition to which is currently due on July 3, 2017, and to which a reply is due on June 10, 2017;

WHEREAS, no prior extension of time in which to respond or continue the briefing schedule and hearing date for the Motion to Dismiss (Dkt. 46) has been requested by parties; and

WHEREAS, the extension of time to respond and continue the briefing schedule and hearing date to the Motion to Dismiss, agreed upon by the parties, will not alter or affect any event or deadline fixed by the Court at this time.

///

1
STIPULATION SETTING AND CONTINUING BRIEFING SCHEDULE AND HEARING ON
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT
CASE NO. 3:17-CV-02510-JST

1         NOW, THEREFORE, the parties stipulate and agree as follows:

2         1.     The time for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss shall be extended by ten (10) days, to and including July 13, 2017.

        2.     The time for Defendants to file their Reply in Support of their Motion to Dismiss shall be extended by five (5) days based on the modified July 13, 2017 Opposition Filing Date, to and including July 25, 2017.

        3.     The date of the hearing shall be extended by fourteen (14) days, and shall be set for August 24, 2017.

DATED: June 27, 2017         Respectfully submitted,

By: /s/ Larisa Cummings
ARLENE B. MAYERSON (SBN 79310)
*amayerson@dredf.org*
LARISA CUMMINGS (SBN 131076)
*lcummings@dredf.org*
RAMAAH SADASIVAM (SBN 267156)
*rsadasivam@dredf.org*
**DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.**
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Tel: +1.510.644.2555
Fax: +1.510.841.8645

By: /s/ Deborah Jacobson
DEBORAH JACOBSON (SBN 278104)
*djacobson@jacobsoneducationlaw.com*
**JACOBSON EDUCATION LAW, INC.**
1919 Addison Street, Suite 105
Berkeley, CA 94704
Tel: +1.510.647.8125
Fax: +1.510.280.9340

By: /s/ Shane Brun
SHANE BRUN (SBN 179079)
*sbrun@goodwinlaw.com*
BRENDAN E. RADKE (SBN 275284)

| | |
|---|---|
| | *bradke@goodwinlaw.com*<br>ANJALI MOORTHY (SBN 299963)<br>*amoorthy@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Tel: +1.415.733.6000<br>Fax: +1.415.677.9041<br><br>*Attorneys for Plaintiffs* |
| DATED: June 27, 2017 | Respectfully submitted,<br><br>By: /s/ Beatriz Berumen<br>MARK POSARD (SBN: 208790)<br>*mposard@gordonrees.com*<br>ALYSON CABRERA (SBN: 222717)<br>*acabrera@gordonrees.com*<br>BEATRIZ BERUMEN (SBN: 271249)<br>*bberumen@gordonrees.com*<br>**GORDON & REES LLP**<br>655 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Telephone: (916) 565-2900<br>Facsimile: (916) 920-4402<br><br>*Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: June 28, 2017

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE