| | |
|---|---|
| 1 | ARLENE B. MAYERSON (SBN 79310) |
| | *amayerson@dredf.org* |
| 2 | LARISA CUMMINGS (SBN 131076) |
| | *lcummings@dredf.org* |
| 3 | RAMAAH SADASIVAM (SBN 267156) |
| | *rsadasivam@dredf.org* |
| 4 | **DISABILITY RIGHTS EDUCATION** |
| | **AND DEFENSE FUND, INC.** |
| 5 | Ed Roberts Campus |
| | 3075 Adeline Street, Suite 210 |
| 6 | Berkeley, CA 94703 |
| | Tel: +1.510.644.2555 |
| 7 | Fax: +1.510.841.8645 |
| 8 | [ADDITIONAL COUNSEL LISTED ON NEXT PAGE] |
| 9 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUDENT A, by and through PARENT A, her guardian; STUDENT B, by and through PARENT B, his guardian; STUDENT C, by and through PARENT C, his guardian; and STUDENT D, by and through PARENT D, her guardian, each one individually and on behalf of all other similarly situated children, <br><br>                                      Plaintiffs, <br><br>       v. <br><br>THE BERKELEY UNIFIED SCHOOL DISTRICT; DONALD EVANS, in his official capacity as the Superintendent for the Berkeley Unified School District; BEATRIZ LEYVA-CUTLER, TY ALPER, JUDY APPEL, JOSH DANIELS, and KAREN HEMPHILL, each in his or her official capacity as a director of the Berkeley Unified School District Board of Education; THE BOARD OF EDUCATION OF THE BERKELEY UNIFIED SCHOOL DISTRICT, <br><br>                                      Defendants. | Case No. 3:17-cv-02510-MEJ <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION TO FILE UNDER SEAL NAMES OF GUARDIANS AD LITEM <br><br> CLASS ACTION <br><br> Concurrently Filed/Lodged With: <br> 1. Plaintiffs' Renewed Administrative Motion to Proceed Using Fictitious Names <br> 2. Plaintiffs' Renewed Administrative Motion To File Under Seal Names Of Guardians Ad Litem <br> 3. Supplemental Declaration of Larisa Cummings ISO Renewed Administrative Motions <br> 4. Declarations of Parents A-D in Support of Plaintiffs' Renewed Administrative Motions <br> 5. Corrected Reference List <br> 6. [PROPOSED] Order Granting Plaintiffs' Renewed Administrative Motion to Proceed Using Fictitious Names |

1   DEBORAH JACOBSON (SBN 278104)
    *djacobson@jacobsoneducationlaw.com*
2   **JACOBSON EDUCATION LAW, INC.**
    1919 Addison Street, Suite 105
3   Berkeley, CA 94704
    Tel: +1.510.647.8125
4   Fax: +1.510.280.9340

5
    SHANE BRUN (SBN 179079)
6   *sbrun@goodwinlaw.com*
    BRENDAN E. RADKE (SBN 275284)
7   *bradke@goodwinlaw.com*
    ANJALI MOORTHY (SBN 299963)
8   *amoorthy@goodwinlaw.com*
    **GOODWIN PROCTER LLP**
9   Three Embarcadero Center
    San Francisco, CA 94111
10  Tel: +1.415.733.6000
    Fax: +1.415.677.9041

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Renewed Administration Motion To File Under Seal Names Of Guardians Ad Litem

Case No. 3:17-Cv-02510-MEJ

Having considered Plaintiffs' Renewed Administrative Motion to File under Seal ("Motion"), it is hereby ordered that Plaintiffs' Motion is GRANTED.

IT IS FURTHER ORDERED that the following documents be filed under seal.

| No. | Document/Portions | Description of Document; Nature of Confidential Information |
|---|---|---|
| i. | Portions of Ex Parte Application for Appointment of Guardian Ad Litem for Plaintiff Student A, ("Student A Guardian Ad Litem Application") | Application requesting that minor Plaintiff be represented by an adult guardian for the duration of the litigation.<br><br>Contains information that reveals personally identifiable information of the minor Plaintiff, including the first and last names of the minor Plaintiff and the anticipated guardian ad litem as well as the birthdate of the minor Plaintiff. |
| ii. | Portions of Ex Parte Application for Appointment of Guardian Ad Litem for Plaintiff Student B, ("Student B Guardian Ad Litem Application") | Application requesting that minor Plaintiff be represented by an adult guardian for the duration of the litigation.<br><br>Contains information that reveals personally identifiable information of the minor Plaintiff, including the first and last names of the minor Plaintiff and the anticipated guardian ad litem as well as the birthdate of the minor Plaintiff. |
| iii. | Portions of Ex Parte Application for Appointment of Guardian Ad Litem for Plaintiff Student C, ("Student C Guardian Ad Litem Application") | Application requesting that minor Plaintiff be represented by an adult guardian for the duration of the litigation.<br><br>Contains information that reveals personally identifiable information of the minor Plaintiff, including the first and last names of the minor Plaintiff and the anticipated guardian ad litem as well as the birthdate of the minor Plaintiff. |
| iv. | Portions of Ex Parte Application for Appointment of Guardian Ad Litem for Plaintiff Student D, ("Student D Guardian Ad Litem Application") | Application requesting that minor Plaintiff be represented by an adult guardian for the duration of the litigation.<br><br>Contains information that reveals personally identifiable information of the |

| | | |
|---|---|---|
| | | minor Plaintiff, including the first and last names of the minor Plaintiff and the anticipated guardian ad litem as well as the birthdate of the minor Plaintiff. |
| vi. | Portions of Plaintiffs' Corrected Reference List Filed Pursuant to Federal Rule of Civil Procedure 5.2(g) ("Plaintiffs' Corrected Reference List") | Plaintiffs' Corrected Reference List proposes fictitious names for each Plaintiff and his or her anticipated guardian ad litem, which will be used in the above-captioned lawsuit, subject to this Court's order.<br><br>Contains information that reveals personally identifiable information, including the first and last names of minor Plaintiffs and their anticipated guardians ad litem. |

IT IS SO ORDERED.

Dated: _August 11_, 2017

_____
H̶O̶N̶.̶ ̶M̶A̶R̶I̶A̶-̶E̶L̶E̶N̶A̶ ̶J̶A̶M̶E̶S̶
U̶N̶I̶T̶E̶D̶ ̶S̶T̶A̶T̶E̶S̶ ̶M̶A̶G̶I̶S̶T̶R̶A̶T̶E̶ ̶J̶U̶D̶G̶E̶



2

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING RENEWED ADMINISTRATION MOTION TO FILE UNDER SEAL NAMES OF GUARDIANS AD LITEM

CASE NO. 3:17-CV-02510-MEJ