1  ARLENE B. MAYERSON (SBN 79310)
   *amayerson@dredf.org*
2  LARISA CUMMINGS (SBN 131076)
   *lcummings@dredf.org*
3  **DISABILITY RIGHTS EDUCATION
      AND DEFENSE FUND, INC.**
4  Ed Roberts Campus
   3075 Adeline Street, Suite 210
5  Berkeley, CA 94703
   Tel: +1.510.644.2555
6  Fax: +1.510.841.8645

7  [ADDITIONAL COUNSEL LISTED
   ON NEXT PAGE]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STUDENT A, by and through PARENT A, her guardian; STUDENT B, by and through PARENT B, his guardian; STUDENT C, by and through PARENT C, his guardian; and STUDENT D, by and through PARENT D, her guardian, each one individually and on behalf of all other similarly situated children,<br><br>                  Plaintiffs,<br><br>  v.<br><br>THE BERKELEY UNIFIED SCHOOL DISTRICT and THE BOARD OF EDUCATION OF THE BERKELEY UNIFIED SCHOOL DISTRICT,<br><br>                  Defendants. | Case No. 3:17-cv-02510-JST<br><br>**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER REGARDING CLASS CERTIFICATION DEADLINES**<br><br>Current Hearing:<br>Dates:     December 6, 2018<br>Time:      2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge:     Hon. Jon S. Tigar<br><br>Proposed Hearing:<br>Date:      April 11, 2019<br>Time:      2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge:     Hon. Jon S. Tigar<br><br>Action Filed:   May 2, 2017 |

DEBORAH JACOBSON (SBN 278104)
*djacobson@jacobsoneducationlaw.com*
RAMAAH SADASIVAM (SBN 267156)
*rsadasivam@jacobsoneducationlaw.com*
**JACOBSON EDUCATION LAW, INC.**
1919 Addison Street, Suite 105
Berkeley, CA 94704
Tel: +1.510.647.8125
Fax: +1.510.280.9340

SHANE BRUN (SBN 179079)
*sbrun@goodwinlaw.com*
BRENDAN E. RADKE (SBN 275284)
*bradke@goodwinlaw.com*
ANJALI MOORTHY (SBN 299963)
*amoorthy@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: +1.415.733.6000
Fax: +1.415.677.9041

*Attorneys for Plaintiffs*

MARK POSARD (SBN: 208790)
mposard@grsm.com
BEATRIZ BERUMEN (SBN: 271249)
bberumen@grsm.com
GORDON & REES SCULLY MANSUKHANI LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

*Attorneys for Defendants*

| | |
|---|---|
| 1 | Plaintiffs Student A, B, C, and D (collectively, "Plaintiffs") and Defendants The Berkeley |
| 2 | Unified School District and The Board of Education of Berkeley Unified School District |
| 3 | (collectively, "Defendants"), by and through their respective counsel, HEREBY STIPULATE and |
| 4 | AGREE as follows: |
| 5 | WHEREAS, on November 9, 2017, the Court referred this litigation to a settlement |
| 6 | conference before a magistrate judge (Dkt. 82), and the case was assigned to the Hon. Laurel |
| 7 | Beeler for settlement; |
| 8 | WHEREAS, on March 27, 2018, the parties engaged in a settlement conference |
| 9 | with Judge Beeler, but did not resolve their dispute at that time, agreeing to attend a second |
| 10 | settlement conference and to an informal stay of discovery pending the second conference; |
| 11 | WHEREAS, on April 13, 2018, the parties and the Court participated in a |
| 12 | telephone case management conference (Dkt. 97). |
| 13 | WHEREAS, on April 16, 2018, the parties' second settlement conference with |
| 14 | Judge Beeler was set for June 6, 2018; |
| 15 | WHEREAS, on April 17, 2018, the Court issued a scheduling order (Dkt. 98), |
| 16 | establishing December 6, 2018, at 2:00 p.m. as the hearing on Plaintiffs' class certification motion, |
| 17 | with the opening brief being due October 5, 2018, opposition brief being due October 26, 2018, |
| 18 | and reply brief being due November 9, 2018; |
| 19 | WHEREAS, on May 22, 2018, Judge Beeler rescheduled the June 6 settlement |
| 20 | conference due to an unanticipated conflict (Dkt. 100), setting the conference for June 29, 2018 |
| 21 | (Dkt. 101); |
| 22 | WHEREAS, on June 22, 2018, Judge Beeler rescheduled the June 29, 2018 |
| 23 | settlement conference to October 9, 2018 (Dkt. 102); |
| 24 | WHEREAS, the parties have conferred and have agreed that, in light of the |
| 25 | unanticipated continuance of the settlement conference to October 9, 2018, which is four days |
| 26 | after Plaintiffs' opening brief on their class certification motion is due, the current class |
| 27 | certification deadlines should be continued for a period of six months to allow settlement |
| 28 | discussions to continue; |

NOW, THEREFORE, the parties stipulate and propose the following scheduling order pertaining to Plaintiffs' Motion for Class Certification:

1. The time for Plaintiffs to file their opening brief in support of the motion shall be February 8, 2019.

2. The time for Defendants to file their brief in opposition to the motion shall be March 1, 2019.

3. The time for Plaintiffs to file their reply brief in support of the motion shall be March 15, 2019.

4. The date of the hearing shall be set for April 11, 2019.

**SO STIPULATED**

DATED: September 19, 2018            Respectfully submitted,

By: */s/ Larisa Cummings*
ARLENE B. MAYERSON (SBN 79310)
*amayerson@dredf.org*
LARISA CUMMINGS (SBN 131076)
*lcummings@dredf.org*
**DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.**
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Tel: +1.510.644.2555
Fax: +1.510.841.8645

By: */s/ Deborah Jacobson*
DEBORAH JACOBSON (SBN 278104)
*djacobson@jacobsoneducationlaw.com*
RAMAAH SADASIVAM (SBN 267156)
*rsadasivam@jacobsoneducationlaw.com*
**JACOBSON EDUCATION LAW, INC.**
1919 Addison Street, Suite 105
Berkeley, CA 94704
Tel: +1.510.647.8125
Fax: +1.510.280.9340

By: */s/ Brendan Radke*

SHANE BRUN (SBN 179079)
*sbrun@goodwinlaw.com*
BRENDAN E. RADKE (SBN 275284)
*bradke@goodwinlaw.com*
ANJALI MOORTHY (SBN 299963)
*amoorthy@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: +1.415.733.6000
Fax: +1.415.677.9041

*Attorneys for Plaintiffs*


By: /s/ *Beatriz Berumen*
MARK POSARD (SBN: 208790)
mposard@grsm.com
BEATRIZ BERUMEN (SBN: 271249)
bberumen@grsm.com
GORDON & REES SCULLY MANSUKHANI LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

*Attorneys for Defendants*

# [~~PROPOSED~~] SCHEDULING ORDER

The Court hereby extends the following case deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Class certification motion due | October 5, 2018 | February 8, 2019 |
| Class certification opposition due | October 26, 2018 | March 1, 2019 |
| Class certificate reply due | November 9, 2018 | March 15, 2019 |
| Hearing on class certification motion | December 6, 2018 | April 11, 2019 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

**IT IS SO ORDERED.**

Dated: September 20, 2018

_____
JON S. TIGAR
United States District Judge

| | |
|---|---|
| 1 | **CIVIL L.R. 5-1 ATTESTATION** |
| 2 | Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this |
| 3 | document has been obtained from each of the other Signatories. |
| 4 | /s/ Brendan Radke |