ARLENE B. MAYERSON (SBN 79310)
*amayerson@dredf.org*
LARISA CUMMINGS (SBN 131076)
*lcummings@dredf.org*
**DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.**
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Tel: +1.510.644.2555
Fax: +1.510.841.8645

[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

STUDENT A, by and through PARENT A, her guardian; STUDENT B, by and through PARENT B, his guardian; STUDENT C, by and through PARENT C, his guardian; and STUDENT D, by and through PARENT D, her guardian, each one individually and on behalf of all other similarly situated children,

Plaintiffs,

v.

THE BERKELEY UNIFIED SCHOOL DISTRICT and THE BOARD OF EDUCATION OF THE BERKELEY UNIFIED SCHOOL DISTRICT,

Defendants.

Case No. 3:17-cv-02510-JST

**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER REGARDING CLASS CERTIFICATION DEADLINES**

Current Hearing:
Date: April 11, 2019
Time: 2:00 p.m.
Courtroom: 9, 19th Floor
Judge: Hon. Jon S. Tigar

Proposed Hearing:
Date: August 22, 2019
Time: 2:00 p.m.
Courtroom: 9, 19th Floor
Judge: Hon. Jon S. Tigar

Action Filed: May 2, 2017

DEBORAH JACOBSON (SBN 278104)
*djacobson@jacobsoneducationlaw.com*
RAMAAH SADASIVAM (SBN 267156)
*rsadasivam@jacobsoneducationlaw.com*
**JACOBSON EDUCATION LAW, INC.**
1919 Addison Street, Suite 105
Berkeley, CA 94704
Tel: +1.510.647.8125
Fax: +1.510.280.9340

BRENDAN E. RADKE (SBN 275284)
*bradke@goodwinlaw.com*
ANJALI MOORTHY (SBN 299963)
*amoorthy@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: +1.415.733.6000
Fax: +1.415.677.9041

SHANE BRUN (SBN 179079)
*sbrun@venable.com*
**VENABLE LLP**
101 California Street, Suite 3800
San Francisco, CA 94111
Tel: +1.415.653.3731
Fax: +1.415.653.3755

*Attorneys for Plaintiffs*

MARK POSARD (SBN: 208790)
*mposard@grsm.com*
BEATRIZ BERUMEN (SBN: 271249)
*bberumen@grsm.com*
GORDON & REES SCULLY MANSUKHANI LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

*Attorneys for Defendants*

Plaintiffs Student A, B, C, and D (collectively, "Plaintiffs") and Defendants The Berkeley Unified School District and The Board of Education of Berkeley Unified School District (collectively, "Defendants"), by and through their respective counsel, HEREBY STIPULATE and AGREE as follows:

WHEREAS, on November 9, 2017, the Court referred this litigation to a settlement conference before a magistrate judge (Dkt. 82), and the case was assigned to the Hon. Laurel Beeler for settlement;

WHEREAS, on March 27, 2018, the parties engaged in a settlement conference with Judge Beeler, but did not resolve their dispute at that time, agreeing to attend a second settlement conference and to an informal stay of discovery pending the second conference;

WHEREAS, on April 13, 2018, the parties and the Court participated in a telephone case management conference (Dkt. 97);

WHEREAS, on April 16, 2018, the parties' second settlement conference with Judge Beeler was set for June 6, 2018;

WHEREAS, on April 17, 2018, the Court issued a scheduling order (Dkt. 98), establishing December 6, 2018, at 2:00 p.m. as the hearing on Plaintiffs' class certification motion, with the opening brief being due October 5, 2018, opposition brief being due October 26, 2018, and reply brief being due November 9, 2018;

WHEREAS, on May 22, 2018, Judge Beeler rescheduled the June 6 settlement conference due to an unanticipated conflict (Dkt. 100), setting the conference for June 29, 2018 (Dkt. 101);

WHEREAS, on June 22, 2018, Judge Beeler rescheduled the June 29, 2018 settlement conference to October 9, 2018 (Dkt. 102);

WHEREAS, on September 20, 2018, the Court signed the parties' Stipulation and [Proposed] Order, resetting the deadlines with respect to Plaintiffs' class certification motion (Dkt. 105);

//

//

WHEREAS, on October 9, 2018, the parties engaged in a settlement conference with Judge Beeler, but did not resolve their dispute at that time, agreeing to attend a third settlement conference;

WHEREAS, on October 12, 2018, Judge Beeler set the third settlement conference for December 12, 2018 (Dkt. 107);

WHEREAS, on December 12, 2018, the parties engaged in a settlement conference with Judge Beeler, but did not resolve their dispute at that time, agreeing to attend a fourth settlement conference;

WHEREAS, on December 12, 2018, Judge Beeler set a fourth settlement conference for February 28, 2019, along with a schedule for the exchange of materials and drafts of the parties' settlement proposal (Dkt. 109);

WHEREAS, the parties have conferred and have agreed that, in light of the unanticipated continuance of the settlement conference to February 28, 2019, which is twenty (20) days after Plaintiffs' opening brief on their class certification motion is due, the current class certification deadlines should be continued for a period of four months to allow settlement discussions to continue;

NOW, THEREFORE, the parties stipulate and propose the following scheduling order pertaining to Plaintiffs' Motion for Class Certification:

1. The time for Plaintiffs to file their opening brief in support of the motion shall be June 21, 2019.

2. The time for Defendants to file their brief in opposition to the motion shall be July 12, 2019.

3. The time for Plaintiffs to file their reply brief in support of the motion shall be July 26, 2019.

4. The date of the hearing shall be set for August 22, 2019.

//

//

//

**SO STIPULATED**

DATED: December 31, 2018

Respectfully submitted,

By: /s/ *Larisa Cummings*

ARLENE B. MAYERSON (SBN 79310)
*amayerson@dredf.org*
LARISA CUMMINGS (SBN 131076)
*lcummings@dredf.org*
**DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.**
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Tel: +1.510.644.2555
Fax: +1.510.841.8645

By: /s/ *Deborah Jacobson*

DEBORAH JACOBSON (SBN 278104)
*djacobson@jacobsoneducationlaw.com*
RAMAAH SADASIVAM (SBN 267156)
*rsadasivam@jacobsoneducationlaw.com*
**JACOBSON EDUCATION LAW, INC.**
1919 Addison Street, Suite 105
Berkeley, CA 94704
Tel: +1.510.647.8125
Fax: +1.510.280.9340

By: /s/ *Brendan Radke*

BRENDAN E. RADKE (SBN 275284)
*bradke@goodwinlaw.com*
ANJALI MOORTHY (SBN 299963)
*amoorthy@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: +1.415.733.6000
Fax: +1.415.677.9041

By: /s/ *Shane Brun*

SHANE BRUN (SBN 179079)
*sbrun@venable.com*
**VENABLE LLP**
101 California Street, Suite 3800
San Francisco, CA 94111
Tel: +1.415.653.3731
Fax: +1.415.653.3755

*Attorneys for Plaintiffs*

By: */s/ Beatriz Berumen*
MARK POSARD (SBN: 208790)
*mposard@grsm.com*
BEATRIZ BERUMEN (SBN: 271249)
*bberumen@grsm.com*
GORDON & REES SCULLY MANSUKHANI LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

*Attorneys for Defendants*

## ~~[PROPOSED]~~ SCHEDULING ORDER

The Court hereby extends the following case deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Class certification motion due | February 8, 2019 | June 21, 2019 |
| Class certification opposition due | March 1, 2019 | July 12, 2019 |
| Class certificate reply due | March 15, 2019 | July 26, 2019 |
| Hearing on class certification motion | April 11, 2019 | August 22, 2019 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

**IT IS SO ORDERED.**

Dated: January 3, 2019

JON S. TIGAR
United States District Judge

## CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

/s/ *Brendan Radke*