UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STUDENT A, et al.,

    Plaintiffs,

  v.

BERKELEY UNIFIED SCHOOL
DISTRICT, et al.,

    Defendants.

Case No. 17-cv-02510-JST

**ORDER VACATING HEARING**

Re: ECF No. 153

    Before the Court is Plaintiffs' motion for preliminary approval of class settlement and provisional class certification.  ECF No. 153.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for January 20, 2020, is hereby VACATED.

    **IT IS SO ORDERED.**

Dated:  January 8, 2021



       JON S. TIGAR
     United States District Judge